# RECORDS REQUEST FORM

Date: 9/16/15

Cause No. 02-15-253-CV
02-15-249-CV

Name: Cheryl Smith

Firm: Law Off Cheryl Smith

Phone #: 817-475-3034

**RECORDS TO BE COPIED:** (check all that apply)

Clk. Record ✓                    Suppl. Clk. Record _____

Rep. Record ✓                    Suppl. Rep. Record _____

Other: _____

DO NOT FILL OUT BELOW THIS LINE: FOR OFFICE USE ONLY.

Clerk: KB

Cost: _____  ☒ check if this is party's first complimentary copy